

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VERONICA CHAVEZ, | § | No. 08-23-00334-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| MARK VARA, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2012DCM10912) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER 2023.


LISA J SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.